IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLYN ALVARADO, | : |
| | : |
| Petitioner | : CIVIL ACTION NO. 3:CV-14-2056 |
| | : |
| v. | : (Judge Nealon) |
| | : |
| JUAN BALTAZAR, | : |
| | : |
| Respondent | : |

**ORDER**

**AND NOW, THIS 5th DAY OF FEBRUARY, 2015,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

  /s/ William J. Nealon
**United States District Judge**